UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KENDRICK FISHER                                              CIVIL ACTION

VERSUS

STATE OF LOUISIANA                                    NO. 23-00541-BAJ-RLB

RULING AND ORDER

Before the Court is Plaintiff Kendrick Fisher's *pro se* **Complaint (Doc. 1)** against the State of Louisiana pursuant to 42 U.S.C. § 1983, in which he alleges that his continued confinement following a non-unanimous jury verdict in 1994 violates his constitutional rights. On September 21, 2023, the Magistrate Judge issued a **Report and Recommendation (Doc. 4, the "Report")**, recommending that Plaintiff's claim be dismissed with prejudice for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915(a), and that the Court decline to exercise supplemental jurisdiction over any potential state law claims. Plaintiff objects. (Doc. 5).

Upon *de novo* review, and having carefully considered the Complaint and Plaintiff's objections, the Court **APPROVES** the Magistrate Judge's Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the Court declines to exercise

supplemental jurisdiction over any potential state law claims raised in the Complaint.

Judgement shall be entered separately.

Baton Rouge, Louisiana, this 4th day of December, 2023

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**